AO91 (Rev. 12/03) Criminal Complaint     FELONY     AUSA     United States Courts

## UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

*February 03, 2022*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**     **CRIMINAL COMPLAINT**

vs.

Case Number: 1:22-MJ- **182**

1. Miguel RESENDEZ
   A220 921 902 United States

2. Carlos REYNA
   A206 138 055 United States

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _February 01, 2022_ in _Cameron_ County, in the _Southern District Of Texas_ defendant(s) knowingly, willfully, and in reckless disregard of the fact that five (5) undocumented aliens had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said aliens by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title _8_ United States Code, Section(s) _1324(a)(1)(A)(ii)_

I further state that I am a(n) _Border Patrol Agent_ and that this complaint is based on the following facts:

On February 1, 2022, at approximately 8:55 p.m., Border Patrol Agents assigned to the Rio Grande Valley Special Operations Detachment Unit (RGV SOD) secured a 2 on 5 Alien Smuggling Case. On this date, RGV SOD Agents set up a listening/ observation post near the mouth of the Rio Grande River and observed 5 subjects walking north along the beach away from the mouth of the river. Agents followed closely behind the subjects for a couple of miles and later observed a black Lincoln Town Car in the area contact the 5 subjects. The subjects were observed entering the vehicle and shortly after, drove away heading west on Highway 4. DPS officer observed the vehicle and attempted to perform a traffic stop. The vehicle pulled over to the side of the road for a moment and then it drove away at a high rate of speed.

Continued on the attached sheet and made a part of this complaint:     ☒ Yes     ☐ No

*Signature of Complainant*

Cardona, Noe    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

February 03, 2022     at     Brownsville, Texas
Date                                                       City/State

Ronald G. Morgan     U.S. Magistrate Judge
Name of Judge             Title of Judge                      Signature of Judge

B-22-MJ-182

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Miguel RESENDEZ | Case Number: 1:22-MJ- |
| A220 921 902  United States | |
| | |
| Carlos REYNA | |
| A206 138 055  United States | |

DPS officers and Border Patrol Agents pursued the vehicle for a few miles down Highway 4, vehicle suddenly came to a stop and all 7 subjects exited the vehicle and hid in the nearby brush. Border Patrol agents arrived at the scene and apprehended all subjects. During the interview to determine alienage, 5 subjects admitted to being present in the United States without legal documents permitting them to enter or remain legally in the United States and 2 subjects were identified as United States Citizens. All subjects were placed under arrest and transported to the Fort Brown Border Patrol Station for processing and case development. Once at the Fort Brown Station, Agents discovered through sworn statements and photo line-ups, that Miguel RESENDEZ was the driver of the vehicle and Carlos REYNA was the passenger both of whom were actively involved in transporting 5 illegal immigrants by means of a motor vehicle.

Defendant RESENDEZ had $5 U.S. dollars and defendant REYNA had $ 3 U.S. dollars in their possessions at time of arrest.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

_____3rd_____ day of _____February, 2022_____

_____
Signature of Judicial Officer

_____
Signature of Complainant